THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT RATTLER, Appellant. [888 NYS2d 896]

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of

guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Bleakley*, 69 NY2d 490, 495 [1987]).

The defendant's remaining contention is without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.